THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Matthew Hammett, Appellant.
 
 
 

Appeal From Spartanburg County
 Gordon G. Cooper, Special Circuit Court
 Judge

Unpublished Opinion No.002008-UP-272
Submitted May 1, 2008  Filed May 19, 2008

AFFIRMED

Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
John Benjamin Aplin, of Columbia, for Respondent.
PER CURIAM: John
 Matthew Hammett appeals his probation revocation arguing the circuit court
 erred by revoking his probation.  Specifically, Hammett argues the conditions
 of his probation violate Due Process and his First Amendment right of freedom
 of association.  We affirm[1] pursuant to Rule 220(b), SCACR, and State v. Hamilton, 333 S.C. 642,
 648, 511 S.E.2d 94, 96 (Ct. App. 1999) (explaining an issue must be raised and
 ruled upon by the revocation judge to be preserved for appellate review).
AFFIRMED. 
WILLIAMS,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.